UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 2 5 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Mr. Lee Arthur Hickman | § § § | |
| *Plaintiff* | § § § | |
| v. | § § | Civil Action No. |
| C.W. Henderson Electric, Inc.; and | § § § | |
| *Defendant A* | § § | |
| David E. Harvey Builders, Inc. | § § § | |
| *Defendant B* | § § § | |

## ORIGINAL PETITION FOR CIVIL ACTION

**County of Harris**
**State Of Texas**

**TO THE HONORABLE JUDGE OF SAID COURT:**
        **Comes now, Mr. Lee Arthur Hickman, Plaintiff Pro-se in the above styled and enumerated Civil Action, and respectfully requests leave of the Court to file this Original Petition For Civil Action.**
**And with good cause the Plaintiff would show the Court the following:**

## JURIDICTION

**This Civil Action is brought pursuant to Title 42 USC § 1981 and Title 42 USC § 1981(b)(1). The United States District Court For The Southern District of Texas, Houston Division has jurisdiction of the Plaintiff's constitutional claims pursuant to Title 28 USC §§ 1331.**

## PARTIES

### Plaintiff

Mr. Lee Arthur Hickman
4319 Leyland Brook Lane
Houston, Texas 77068

### Defendant

C.W. Henderson Electric, Inc.                David E. Harvey Builders, Inc.
8535 Berwyn Drive                            3630 Westchase Drive
Houston, Texas 77037                         Houston, Texas 77042

## CONCERNED PARTIES

Mr. Mark Landrum
IBEW, local 716
1475 North Loop West
Houston, Texas 77008

## NATURE OF THE CASE

The Plaintiff in this Civil Action, a Mr. Lee Arthur Hickman claims that

he was subjected to "Disparate Treatment" by the Defendants in this

case C.W. Henderson Electric, and David E. Harvey Builders, Inc.  due

to racial discrimination.

## CAUSE OF ACTION

On or about December 02, 2021 the Plaintiff became an employee of the Defendant A. During the time the Plaintiff worked for the Defendant A, he claims he was the victim of disparate treatment due to racial discrimination. On or about January 06, 2022 the Plaintiff was forced to terminate employment with the Defendant A, because of harassment inflicted by his direct supervisor, the Journeyman Foreman Mr. Roger Ramirez. After terminating his employment with the Defendant A, The Plaintiff filed complaints with the Defendant A, his union representative and the construction company in charge of the site Defendant B. After filing complaints and grievances against Mr. Ramirez, no action was taken against this individual and he continues to work for this company at this construction site with no impunity. A reasonable person can only conclude that the Defendants sanction the actions of this supervisor, which has led to this civil action today.

## INJURY AND RELIEF

The question that will be raised in this civil action; can the consistent harassment of an employee at the workplace cause "Mental Anguish?" The Plaintiff herein struggled daily with thoughts of violent retaliation due to the constant harassment and belittling by his direct supervisor, the Journeyman Foreman Mr. Roger Ramirez. However the mentorship of the pastor of his new found Christian Faith has led to his serenity. Plus the fact that any reasonable Court, after hearing his plight will have no problem giving him an affirmative finding. The Plaintiff is asking for $1,000,000.00 in punitive damages for the time he suffered these indignations, however can anyone ever put a monetary value on the mental anguish suffered from being harassed by just going about your normal daily routine. The Plaintiff only prays the this Court will look into It's conscience and make sure that "Justice" is served in the State of Texas today.

WHEREFORE PREMISES CONSIDERED, The plaintiff prays this Court will accept the aforesaid:
ORIGINAL PETITION FOR CIVIL ACTION.

Respectfully submitted
Mr. Lee Arthur Hickman
Plaintiff Pro-se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mr. Lee Arthur Hickman | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | **Civil Action No.** |
| | § | |
| C.W. Henderson Electric, Inc.; and | § | |
| | § | |
| *Defendant A* | § | |
| | § | |
| David E. Harvey Builders, Inc. | § | |
| | § | |
| *Defendant B* | § | |
| | § | |

## AFFIDAVIT OF DECLARATION

County of Harris
State of Texas

TO THE HONORABLE JUDGE OF SAID COURT:

Before me the undersigned authority personally appeared Mr. Lee Arthur Hickman, who duly sworn deposed as follows:
My name is Mr. Lee Arthur Hickman; I am over 18 years of age , competent to make this affidavit and personally acquainted with the facts herein stated: I am the Plaintiff Pro-se, Lee Arthur Hickman, in the above enumerated civil action. I declare under penalty of perjury that all the foregoing information is true and correct.

The facts stated here are voluntary and under my request.

_Lee Arthur Hickman_
**SIGNATURE OF PLAINTIFF**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___3rd___ DAY
OF _Feb_ 2022

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

ETHAN LOPEZ
Notary Public, State of Texas
Comm. Expires 06-23-2025
Notary ID 131184644

## AFFIDAVIT

**Before me the undersigned authority personally appeared, Mr. Lee Arthur Hickman, who duly swore deposed as follows:**

**My name is Mr. Lee Arthur Hickman, I am over 18 years of age, competent to make this affidavit and personally acquainted with the facts herein stated;**

My name is Mr. Lee Arthur Hickman. I am a member of the electrician union here in Houston, Texas. IBEW (International Brotherhood Electrical Workers), local 716. I accepted a job referral and started to work for C.W. Henderson Electric on or about December 2, 2021. I started to work for Mr. Roger Ramirez, a Journeyman Foreman, on December 3, 2021 at 4400 Post Oak Park Drive, Houston, Texas 77027. I have come to the conclusion that I am not being treated fairly by Mr. Ramirez on this construction site. I am an African-American, Journeyman Electrician, and I feel that I am not being treated like the Caucasian electricians. Mr. Ramirez yelled some profanities at me on several occasions, but I have never witness him talk to anyone else like that. On or about December 14, 2021, Mr. Ramirez gave me several tasks to complete. But he forgot the

Page # 1

order in which he told me to complete them. He walked up to me and went on a violent profanity laced tirade on how I was not doing what I was told. I finally explained to him the order he told me to complete the tasks and he apologize for the outburst. But the fact remained that he had this meltdown without provocation. Because he apologized I felt like I could continue working for him with no problem. Then on or about December 22, 2021, I was installing EMT conduit in an open ceiling, so I had to install ceiling wire with a rivet gun. Installing hangers this way causes loud noise. Mr. Ramirez saw me installing the ceiling wire hangers and went on another profanity laced tirade, because I was making too much noise. However, I saw a Caucasian electrician installing the hangers in the same manner and Mr. Ramirez had no criticism for this action. I realized this is blatant racial discrimination. Mr. Ramirez threaten to fire me on the spot if he ever caught me doing this action again, so I have never did it again. But I have seen Caucasian electricians doing it with no reprimand. Finally, on or about January 5, 2022, Mr. Ramirez went too far. On January 4, 2022 I was tasked to cover "1900" boxes

Page # 2

with putty to reduce sound. I started on the 13 Floor. I would say I completed about 80% of the boxes that needed the cover installed. As usual Mr. Ramirez forgot the task he gave me. I was also suppose to go back and check all the rooms on the floor, that had already been covered with the putty, but had other deficiency that would hamper the pending City of Houston inspection, which probably was going to take me the whole day. So I did not think I need more putty pads. On or about January 5, 2022, Mr. Ramirez gave me a new task to install the putty pads on the 12 Floor. At the daily morning meeting in front of the entire crew I told Mr. Ramirez there was not enough putty pads to complete the entire 12 Floor. And that I thought we were going to run out. He told me don't worry about it, because he had plenty of them, so I started to install the pads without worrying about running out. At about lunchtime I asked the Journeyman lead-man in charge of the 12 Floor for the additional putty pads. Soon after that Mr. Ramirez came to my area and went on the most violent profanity laced tirade he has had since I came to this jobsite. He told me that I should have told him the day before

Page # 3

that I was running low on the putty pads. I don't own a magical "Crystal Ball" or have the power to read people's minds so how could I possibly have known that Mr. Ramirez was going to change my task to the 12 Floor, the day before on January 4, 2022. I feel like Mr. Ramirez was just trying to shift the blame to me because he had made a mistake. As Mr. Ramirez left my area he threatened me by saying he was not going to be easy on me any more. As punishment for my transgression I was tasked with cleaning trash off the floor for the rest of the day. The threat Mr. Ramirez made as he walked away made me realize I can no longer work at this jobsite for him. I feel our next confrontation will have a violent outcome. I am a Christian and I was highly offended by Mr. Ramirez use of profanity at this jobsite. One of the biggest selling points when I join the Local 716 union, was that no-one can talk to you in this manner according to the union bylaws.

Mr. Ramirez finally made his racist attitude apparent during his January 5, 2022 profanity laced tirade, when he compared me to a Caucasian electrician who came to this jobsite after I did.

He said this electrician was better than I am, but Mr. Ramirez has not known either of us long enough to make a reasonable conclusion about our abilities as an electrician. His opinion about me can only be considered racially discriminatory. And his actions towards me at this construction site can only be defined as "Workplace Harassment." I feel that C.W. Henderson Electric needs to reprimand Mr. Ramirez for his actions at this jobsite. I needed this job very badly I have a house note and a truck note to pay. Plus I have a very high list of bills to pay. But I cannot not in good conscience continue to endure this constant harassment on a daily basis. On this day I will terminate employment with C.W. Henderson Electric and go back to the union hall and sign up for another job referral. I did not voluntarily terminate my employment, I was forced to quit or endure this torment.

I __Mr. Lee Arthur Hickman__ declare under penalty of perjury
that all the forgoing information is true and correct to the best of
my knowledge.

All the facts herein stated are voluntary and under my request.

*Lee Arthur Hickman*

**SIGNATURE**

**SWORN TO AND SUBSCRIBE BEFORE ME ON**___6th___ **DAY**

**OF** ___Jan___ _____ **2022**



**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

ETHAN LOPEZ
Notary Public, State of Texas
Comm. Expires 06-23-2025
Notary ID 131184644



4319 Leyland Brook Lane
Houston, Texas 77068
February 20, 2022

United States District Court For
The Southern District of Texas
Houston Division
Clerk Of the Court
Nathan Ochsner
Post Office Box 61010
Houston, Texas 77208

Dear sir,

My name is Mr. Lee Arthur Hickman, I am the Pro-se Plaintiff in these documents. I am writing you this letter at this time because, I cannot receive a satisfactory solution to my problem. I have filed several grievances and have received no response. So now I have decided to hold a Civil Rights Lawsuit concerning this issue. In this package I have enclosed (1.) An "Original Petition For Civil Action" ; (2.) An Affidavit concerning this issue and a $402.00 personal check for the Court fee. Please submit these two document to the Court in my behalf and apply my check to the Court fees. I tried resolve this issue with these businesses but we could not come to a reasonable conclusion. So we will have to let a Jury make a decision on our issue. Thank you for your co-operation in this matter.

Respectfully submitted
Mr. Lee Arthur Hickman