Case 4:22-cv-00622   Document 28   Filed on 06/24/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEE ARTHUR HICKMAN, § § Plaintiff, § § v. § § C.W. HENDERSON ELECTRIC, INC. § and DAVID E. HARVEY BUILDERS, § INC., § § Defendants. § | CIVIL ACTION NO. 4:22-cv-622 |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
TO CLAIMS AGAINST DEFENDANT DAVID E. HARVEY BUILDERS, INC.**

Pending before the Court is Plaintiff Lee Arthur Hickman and Defendant David E. Harvey Builders, Inc.'s Joint Stipulation of Dismissal with Prejudice as to Plaintiff Lee Arthur Hickman's claims against Defendant David E. Harvey Builders, Inc. After considering the stipulation, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that Plaintiff Lee Arthur Hickman and Defendant David E. Harvey Builders, Inc.'s Joint Stipulation of Dismissal with Prejudice as to Plaintiff Lee Arthur Hickman's Claims is GRANTED, and *only* all of Plaintiff Lee Arthur Hickman's claims against David E. Harvey Builders, Inc. are hereby DISMISSED WITH PREJUDICE. All costs shall be taxed against the party incurring the same.

**SO ORDERED,** this ___24th___ day of ___June___ 2022.



HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE