United States District Court
Southern District of Texas
**ENTERED**
April 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEE ARTHUR HICKMAN** § | |
| *Plaintiff*, § | |
| § | |
| vs. § | |
| § | CASE NO. 4:22-CV-00622 |
| **C.W. HENDERSON ELECTRIC, INC.** § | |
| *Defendant* § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' *Stipulation of Dismissal With Prejudice of All Claims Under Rule 41(a)(1)(A)(ii)*. After considering said Stipulation, the Court is of the opinion that it should be GRANTED.

IT IS ORDERED that all claims in dispute in this lawsuit between Plaintiff Lee Arthur Hickman and Defendant C.W. Henderson Electric, Inc. are dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

Signed on April 30, 2023, at Houston, Texas.

_____
Charles Eskridge
United States District Judge